```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-7124
      FAX: (415) 436-7169
 7
    Attorneys for Defendant
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI HARIRI, | ) No. C 06-3918 JCS |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO DISMISS AND** |
| DAVID N. STILL, District Director, | ) **[PROPOSED] ORDER** |
| Citizenship and Immigration Services, | ) |
| Defendant. | ) |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stip. Dismissal
C06-3918 JCS                              1

| | | |
|---|---|---|
| 1 | Dated: July 27, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendant |
| 8 | Dated: July 27, 2006 | _____/s/_____<br>MICHAEL UNGAR |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 31, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

Stip. Dismissal
C06-3918 JCS                                              2